# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                                                         Telephone: (212) 317-1200
New York, New York 10165                                                                                Facsimile: (212) 317-1620

cmulholland@faillacelaw.com

March 5th, 2018

BY ECF
Honorable William H. Pauley
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re:    Okotie v. NYC Department of Homeless Services,
                  Case No. 17-cv-6783 (WHP) (BCM)

Dear Judge Pauley:

      I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiff in the above-referenced matter. I write with the consent of both parties to respectfully request an extra 30 days in which to consummate the settlement agreement in this matter prior to the Court effectuating an order of dismissal.

      Currently, the parties have not formally executed an agreement although the parties have indeed agreed to all material terms at this point. Plaintiff resides out of state which has added some time to executing some of the paperwork.

                                                  Respectfully Submitted,

                                                  /s/ Colin Mulholland, Esq.
                                                  Colin Mulholland, Esq.
                                                  Michael Faillace & Associates, P.C.
                                                  *Attorneys for Plaintiff*

cc:  (By ECF)
Ryan Mangum, Esq.,
*For Defendant*